JOHN TRABISCO et al., Appellants, *v.* CITY OF NEW YORK et al., Respondents.

Argued April 17, 1939; decided May 17, 1939.

*Bertram G. Eadie, Arthur E. Gale* and *Thomas Nunley* for appellants.

*William C. Chanler, Corporation Counsel* (*George J. Conway* and *Paxton Blair* of counsel), for City of New York, respondent.

*William E. Lyons* for Staten Island Edison Company, respondent.

Judgments reversed and new trials granted, with costs to abide the event. We think the issues of negligence and proximate cause were for the jury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.